[No. 14594–1–I. Division One. July 28, 1986.]

*In the Matter of the Marriage of* JEANETTE P. MALLARY, *Respondent, and* JOHN G. MALLARY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 110627, Richard M. Ishikawa, J., entered March 29, 1984. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 16456–2–I. Division One. July 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DEXTER PATRICK HASTINGS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00788–8, Frank D. Howard, J., entered April 17, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 14999–7–I. Division One. July 28, 1986.]

PERSON LANES, INC., *Appellant,* v. THE CITY OF AUBURN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–02343–2, Donald D. Haley, J., entered April 19, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Ringold, J.